UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gerald Smith,
    Plaintiff

v.                          Case No.  1:14-cv-969

Commissioner of
Social Security,
    Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed February 8, 2016 (Doc. 16).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The decision of the Commissioner to deny plaintiff's Disability Insurance Benefits and Supplemental Security Income is **AFFIRMED**. This action is closed.

Date: March 17, 2016                             s/Sandra S. Beckwith
                                                            Sandra S. Beckwith, Senior Judge
                                                             United States District Court